402 A.2d 1077

Hutchins et al. v. Novay, Appellant.

 Submitted October 23, 1978. William D. Anthony, for appellant; Michael J. Kearney, Jr., for appellees.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Order and judgment affirmed.

402 A.2d 1077

Mottillo et al., Appellants, v. Crawford Central School District.

 Argued October 24, 1978. George J. Barco, and with him, Yolanda G. Barco, for appellants. Andrew J. Conner, for appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.

CERCONE, P. J., dissented.